UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTON MACRAE,<br><br>Plaintiff,<br><br>v.<br><br>TRISHA HIRASHIMA, et al.<br><br>Defendants. | No. 2:25-cv-02246-DC-JDP (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 4) |

Plaintiff Weston MacRae is proceeding *pro se* and *in forma pauperis* in this civil action. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 19, 2025, the magistrate judge filed findings and recommendations recommending this case be dismissed without leave to amend for failure to state a cognizable claim. (Doc. No. 4.) The findings and recommendations were served on Plaintiff and contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (*Id*. at 3– 4.) No objections were filed, and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1)(C), this court has reviewed the file and finds the findings and recommendations are supported by the record and by proper analysis. The court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

/////

1

Accordingly,

1.   The findings and recommendations filed on December 19, 2025 (Doc. No. 4) are ADOPTED IN FULL;

2.   Plaintiff's complaint (Doc. No. 1) is dismissed without leave to amend for failure to state a cognizable claim; and

3.   The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **February 19, 2026**

_____
Dena Coggins
United States District Judge